UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Toby Depoister, | File No. 21-cv-1810 (ECT/HB) |
| Petitioner, | |
| v. | |
| B. Birkholz, *Warden of Federal Prison Camp Duluth*, and Michael Carvajal, *Director of the Federal Bureau of Prisons*, each in their official capacities, | **ORDER** |
| Respondents. | |

_____

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on August 30, 2021.  ECF No. 7.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 7] is **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is **DENIED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 5, 2021         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court